FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2022

No. 04-20-00583-CV

Kevin **DOTY** and Elizabeth Doty,
Appellants

v.

Richard **DAVIDSON** and Javline Ranch (a General Partnership), a/k/a Javelin Ranch, a/k/a
Javelin Ranch, LP,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-15-100
Honorable Leonel Alejandro, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

Appellees' motion for rehearing is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court